**Petition for Writ of Mandamus Denied and Memorandum Opinion filed November 7, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00711-CV

## IN RE ULLICO CASUALTY COMPANY, CONTEGO RECOVERY LLC, CONTEGO SERVICES GROUP LLC, PATRIOT UNDERWRITERS, INC., PATRIOT NATIONAL INSURANCE GROUP, INC., STEVEN M. MARIANO, LINDA WEBB, RICHARD WERSINGER, PATRIOT RISK SERVICES, INC., AND PATRICIA KELTY, Relators

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**23rd District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 60307**

## MEMORANDUM OPINION

On August 9, 2013, relators Ullico Casualty Company, Contego Recovery LLC, Contego Services Group LLC, Patriot Underwriters, Inc., Patriot National Insurance Group, Inc., Steven M. Mariano, Linda Webb, Richard Wersinger,

Patriot Risk Services, Inc., and Patricia Kelty filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. §22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Ben Hardin, presiding judge of the 23rd District Court of Brazoria County, to set aside his August 5, 2013 orders (1) granting partial summary judgment in favor of real parties in interest and (2) denying relators' opposed motion for entry of an order confirming the stay of all proceedings.

Relators have not established their entitlement to the extraordinary relief of a writ of mandamus. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Busby and Donovan.